# EXHIBIT 3

**Claim Chart – U.S. Patent No. 10,553,739 vs. Voltage String Harness**

| CLAIM 1 | VOLTAGE STRING HARNESS |
|---|---|
| [1.pre] An in-line assembly for a solar installation including: | The Voltage String Harness is an in-line assembly for a solar installation. "Voltage provides high quality, complete EBOS solutions and services across a broad spectrum of the renewable energy sector." (*See* Exhibit 48 at 1.) These include "[l]eading-edge wire harness technologies that enable a 'plug-n-play' install right off the reels," such as the Voltage String Harness. (*Id*.) The Voltage String Harness is configurable and can be used in conjunction with different models and systems. |
| [1.a.] A photovoltaic fuse having a solid outer surface including a first end, a second end and a middle section there between, said solid outer surface defining an outline; | The Voltage String Harness includes an in-line photovoltaic fuse within a segment of the harness. The fuse structure (shown below) has a solid outer surface that includes a first end, a second end and a middle section. The outer surface of the fuse defines an outline.<br><br>first end<br>middle section<br>second end<br><br>*String Harness* |
| [1.b.] An undermold surrounding and sealing said fuse, said undermold defining an outer surface outline, wherein the outer surface outline of said undermold is substantially parallel relative to the outline of said solid outer surface; | On information and belief, the fuse structure of the Voltage String Harness has an undermold surrounding and sealing the fuse, which defines an outer surface that is substantially parallel relative to the outline of the solid outer surface of the fuse. |
| [1.c.] An overmold defining an outline and surrounding said undermold, said undermold and said overmold each constructed of a single unit and each constructed of dissimilar materials, wherein the outline of said overmold is | On information and belief, the fuse structure of the Voltage String Harness has an overmold surrounding the undermold. On information and belief, the overmold and undermold are each constructed of a single unit and of dissimilar materials, and the outline of the overmold is substantially parallel relative to the outline of the undermold. |

1

| | |
|---|---|
| substantially parallel relative to the outline of said undermold; and | |
| [1.d.] A first photovoltaic connector engaged with said first end, wherein said assembly provides electrical insulation. | The fuse structure of the Voltage String Harness includes a first photovoltaic connector engaged with the first end of the fuse (via a cable). The undermold and overmold structures of the assembly provide electrical insulation surrounding the fuse.<br><br>first photovoltaic connector →<br>first end →<br>*String Harness*<br><br>The double mold of the undermold and overmold structure provides electrical insulation. |

| CLAIM 10 | VOLTAGE STRING HARNESS |
|---|---|
| [10.pre] A photovoltaic wire harness including: | The Voltage String Harness is a photovoltaic wire harness. "Voltage creates fully customized string harness systems[.]" (*See* Exhibit 36 at 1.) |
| [10.a.] A trunk wire having a plurality of branch wires extending there from in pairs, said branch wires and said trunk wire forming angles having vertices of approximately degrees; and | The Voltage String Harness includes a trunk wire with a plurality of branch wires extending in pairs, as shown below. The branch wires and trunk wire form angles having vertices of approximately 90 degrees. |

2

| | |
|---|---|
| |  |
| [10.b.] A plurality of fuse assemblies engaged only with said branch wires in a ratio of one fuse assembly per branch wire, said fuse assemblies each including: | The Voltage String Harness includes a plurality of fuse assemblies engaged with the branch wires. There is one fuse assembly per branch wire, as shown below. |
| [10.b.i.] A photovoltaic fuse having a solid outer surface including a first end, a second end and a middle section there between, said solid outer surface defining an outline; | The Voltage String Harness includes an in-line photovoltaic fuse within a segment of the harness. The fuse structure (shown below) has a solid outer surface that includes a first end, a second end and a middle section. The outer surface of the fuse defines an outline. |

3

| | |
|---|---|
| [10.b.ii.] An undermold surrounding and sealing said fuse, said undermold defining an outer surface outline, wherein the outer surface outline of said undermold is substantially parallel relative to the outline of said solid outer surface; | On information and belief, the fuse structure of the Voltage String Harness has an undermold surrounding and sealing the fuse, which defines an outer surface that is substantially parallel relative to the outline of the solid outer surface of the fuse. |
| [10.b.iii.] An overmold defining an outline and surrounding said undermold, said undermold and said overmold each constructed of a single unit and each constructed of dissimilar materials, wherein the outline of said overmold is substantially parallel relative to the outline of said undermold; and | On information and belief, the fuse structure of the Voltage String Harness has an overmold surrounding the undermold. On information and belief, the overmold and undermold are each constructed of a single unit and of dissimilar materials, and the outline of the overmold is substantially parallel relative to the outline of the undermold. |
| [10.b.iv.] A first photovoltaic connector engaged with said first end, wherein said assembly provides electrical insulation. | The fuse structure of the Voltage String Harness includes a first photovoltaic connector engaged with the first end of the fuse (via a cable). The undermold and overmold structures of the assembly provide electrical insulation surrounding the fuse.<br><br>*first photovoltaic connector*<br>*first end*<br>*String Harness*<br><br>The double mold of the undermold and overmold structure provides electrical insulation. |

| CLAIM 15 | VOLTAGE STRING HARNESS |
|---|---|
| [15.pre] A method of configuring a solar installation including the steps of: | "Voltage provides high quality, complete EBOS solutions and services across a broad spectrum of the renewable energy sector." These include "[l]eading-edge wire harness technologies that enable a 'plug-n-play' install right off the reels," such as the Voltage String Harness. (*See* Exhibit 49 at 1.) |

4

| | |
|---|---|
| [15.a.] Engaging the trunk of a wire harness with a combiner box wherein said combiner box lacks fuses and circuit breakers; and | On information and belief, the trunk of the Voltage String Harness is engaged with a combiner box, which lacks fuses and circuit breakers. |
| [15.b.] Engaging each terminal branch of said wire harness with one solar panel wherein each terminal branch includes exactly one in line fuse assembly each of said in line fuse assemblies including: | Each terminal branch of the Voltage String Harness is engaged with one solar panel, wherein each terminal branch includes one in-line fuse assembly.<br><br>*String Harness* — one fuse assembly per terminal branch |
| [15.b.i.] A photovoltaic fuse having a solid outer surface including a first end, a second end and a middle section there between, said solid outer surface defining an outline; | The Voltage String Harness includes an in-line photovoltaic fuse within a segment of the harness. The fuse structure (shown below) has a solid outer surface that includes a first end, a second end and a middle section. The outer surface of the fuse defines an outline.<br><br>first end — middle section — second end — *String Harness* |
| [15.b.ii.] An undermold surrounding and sealing said fuse, said undermold defining an outer surface outline, wherein the outer surface outline of said undermold is substantially parallel relative to the outline of said solid outer surface; | On information and belief, the fuse structure of the Voltage String Harness has an undermold surrounding and sealing the fuse, which defines an outer surface that is substantially parallel relative to the outline of the solid outer surface of the fuse. |
| [15.b.iii.] An overmold defining an outline and surrounding said undermold, said undermold and said overmold each constructed of a single unit and each constructed of dissimilar materials, | On information and belief, the fuse structure of the Voltage String Harness has an overmold surrounding the undermold. On information and belief, the overmold and undermold are each |

5

| | |
|---|---|
| wherein the outline of said overmold is substantially parallel relative to the outline of said undermold; and | constructed of a single unit and of dissimilar materials, and the outline of the overmold is substantially parallel relative to the outline of the undermold. |
| [15.b.iv.] A first photovoltaic connector engaged with said first end, wherein said assembly provides electrical insulation. | The fuse structure of the Voltage String Harness includes a first photovoltaic connector engaged with the first end of the fuse (via a cable). The undermold and overmold structures of the assembly provide electrical insulation surrounding the fuse.<br><br>first photovoltaic connector →<br>first end →<br><br>*String Harness*<br><br>The double mold of the undermold and overmold structure provides electrical insulation. |

6