# EXHIBIT 4

**Claim Chart – U.S. Patent No. 10,553,739 vs. Voltage In-Line Fuse**

| CLAIM 1 | VOLTAGE IN-LINE FUSE |
|---|---|
| [1.pre] An in-line assembly for a solar installation including: | The Voltage In-Line Fuse is in-line assembly for a solar installation. It is configurable and can be used in conjunction with different models and systems, including but not limited to the Voltage String Harness, which is an in-line assembly for a solar installation. "Voltage provides high quality, complete EBOS solutions and services across a broad spectrum of the renewable energy sector." (*See* Exhibit 48 at 1.) These include "[l]eading-edge wire harness technologies that enable a 'plug-n-play' install right off the reels," such as the Voltage String Harness. (*Id.*) |
| [1.a.] A photovoltaic fuse having a solid outer surface including a first end, a second end and a middle section there between, said solid outer surface defining an outline; | The Voltage In-Line Fuse includes a photovoltaic fuse. The fuse structure (shown below) has a solid outer surface that includes a first end, a second end and a middle section. The outer surface of the fuse defines an outline.<br><br>first end<br>middle section<br>second end<br><br>*In-Line Fuse* |
| [1.b.] An undermold surrounding and sealing said fuse, said undermold defining an outer surface outline, wherein the outer surface outline of said undermold is substantially parallel relative to the outline of said solid outer surface; | On information and belief, the Voltage In-Line Fuse has an undermold surrounding and sealing the fuse, which defines an outer surface that is substantially parallel relative to the outline of the solid outer surface of the fuse. |

| [1.c.] An overmold defining an outline and surrounding said undermold, said undermold and said overmold each constructed of a single unit and each constructed of dissimilar materials, wherein the outline of said overmold is substantially parallel relative to the outline of said undermold; and | On information and belief, the Voltage In-Line Fuse has an overmold surrounding the undermold. On information and belief, the overmold and undermold are each constructed of a single unit and of dissimilar materials, and the outline of the overmold is substantially parallel relative to the outline of the undermold. |
|---|---|
| [1.d.] A first photovoltaic connector engaged with said first end, wherein said assembly provides electrical insulation. | The Voltage In-Line Fuse includes a first photovoltaic connector engaged with the first end of the fuse (via a cable). The undermold and overmold structures of the assembly provide electrical insulation surrounding the fuse.<br><br><br><br>*In-Line Fuse*<br><br>The double mold of the undermold and overmold structure provides electrical insulation. |