# EXHIBIT 5

**Claim Chart – U.S. Patent No. 10,992,254 vs. Voltage LYNX Trunk Bus**

| CLAIM 1 | VOLTAGE LYNX TRUNK BUS |
|---|---|
| [1.pre] A lead assembly for use in a solar energy installation including: | The Voltage LYNX Trunk Bus is an "all-in-one trunk bus that provides stable power transmission from solar panels to the utility power collection system." (*See* Exhibit 51 at 3.) |
| [1.A.] A first drop line and a second drop line, said first drop line terminating in a drop line connector; | The Voltage LYNX Trunk Bus includes a first drop line and a second drop line. The first drop line terminates in a drop line connector, shown below.<br><br><br>*Lynx Trunk Bus*<br><br><br>*Voltage Lynx Trunk Bus Drop Lines and Cable* |

1

| [1.B.] At least one 30 amp feeder cable terminating in a feeder cable connector, said first drop line and said at least one feeder cable electrically coupled at a nexus; | The Voltage LYNX Trunk Bus includes a feeder cable which terminates in a feeder cable connector, not shown. The first drop line is coupled to the feeder cable at a nexus, shown below. |
|---|---|
| |  |
| | *Lynx Trunk Bus* |
| |  |
| | *Voltage Lynx Trunk Bus Drop Lines and Cable* |

| | |
|---|---|
| [1.C.] A means for securing said nexus, said securing means selected from the group consisting of compression lug, soldering, splicing, crimping, and combinations thereof; | The means for securing the nexus in the Voltage LYNX Trunk Bus is shown in the x-ray image below, and comprises a compression lug, soldering, splicing, and/or crimping, and/or combinations or equivalents thereof.  *X-Ray Image of Nexus* securing means *Diagram of Nexus* |
| [1.D.] An undermold having an inner surface and an outer surface, both surfaces extending in a longitudinal direction of said at least one feeder cable, said inner surface surrounding and fully encasing said securing means, said inner surface comprised of a first aperture concentric with said securing means and said at least one feeder cable, said first aperture extending continuously through said undermold in said longitudinal direction and having a first diameter, said at least one feeder cable continuously extending through said first aperture, and a second aperture concentric with | The Voltage LYNX Trunk Bus includes an undermold, shown below. The undermold has an inner surface and outer surface. Both surfaces extend in a longitudinal direction of at least one feeder cable. The inner surface surrounds and fully encases the securing means and is comprised of a first aperture concentric with the securing means and the feeder cable. The first aperture extends continuously through the undermold in a longitudinal direction and has a first diameter. The feeder cable continuously extends through the first aperture. The inner surface also includes a second aperture concentric with the first drop line and parallel to the first aperture. The second aperture only partially extends through the undermold in a longitudinal direction and has a diameter smaller than the diameter of the first aperture, as shown below. The first drop line extends from the second aperture. |

3

said first drop line and parallel to said first aperture, said second aperture only partially extending through said undermold in said longitudinal direction, said second aperture having a second diameter smaller than said first diameter, said first drop line extending from said second aperture; and



Case 1:23-cv-00365-WO-JLW    Document 1-5    Filed 05/04/23    Page 5 of 25



*Lynx Trunk Bus Drop Lines and Cable*

extends in longitudinal direction of feeder cable

undermold

*Internal Structure of Lynx Trunk Bus Nexus*

5



outer surface

first aperture
(concentric with securing means and feeder cable) (extends continuously through undermold in longitudinal direction)

inner surface

second aperture
(concentric with first drop lines and parallel to first aperture) (extends partially through undermold in longitudinal direction)

*Close-Up Internal Structure of Lynx Trunk Bus Nexus*

| | |
|---|---|
| [1.E.] An overmold surrounding said undermold and forming an undermold-overmold interface only at said outer surface, wherein said lead assembly combines power from a plurality of solar arrays and transmits that power to an inverter in a solar energy installation lacking a combiner box between said solar arrays and said inverter, and wherein said lead assembly has a voltage rating of 1500 VDC. | The Voltage LYNX Trunk Bus includes an overmold surrounding the undermold, shown below. The overmold forms an undermold-overmold interface only at the outer surface.<br><br>overmold<br><br>*Diagram of Overmold* |

6



*Internal Structure of Lynx Trunk Bus Nexus*

The Voltage LYNX Trunk Bus "eliminates multiple traditional components on a utility scale solar installation" and has a voltage rating of 1500 VDC. (*See* Exhibit 35 at 1–2.)

| CLAIM 7 | VOLTAGE LYNX TRUNK BUS |
|---|---|
| [7.pre] A solar power system comprising: | The Voltage LYNX Trunk Bus is a "solar wire harness system that provides streamlined power transmission from solar panels to the power collection system." (*See* Exhibit 35 at 1.) |
| [7.A.] A first plurality of solar panels electrically coupled by a first wire harness to form a first solar array; | The Voltage LYNX Trunk Bus is designed and intended for a solar power system that comprises a first plurality of solar panels electrically coupled by a first wire harness to form a first solar array. The figure shown below illustrates this application. |

7

|  |  |
|  | trunk system relative to solar farm |
|  | *Solar Farm* |
| [7.B.] A second plurality of solar panels electrically coupled by a second wire harness to form a second solar array; | The Voltage LYNX Trunk Bus is designed and intended for a solar power system that comprises a second plurality of solar panels electrically coupled by a second wire harness to form a second solar array. The figure shown below illustrates this application. |

<table>
<tr><td></td><td>



*Solar Farm*

</td></tr>
<tr><td>

[7.C.] A lead assembly including a first drop line electrically connected to said first wire harness, and a 30 amp feeder cable electrically connected to a component selected from the group consisting of a trunk buss jumper, an inverter, a connection unit, a recombiner, and a disconnect unit, said first drop line and said feeder cable electrically connected at a first nexus secured by a compression lug, said compression lug surrounded by an undermold having an inner surface and an outer surface, both surfaces extending in a longitudinal direction of said feeder cable, said inner surface surrounding and fully encasing said compression lug, said inner surface comprised of a first aperture concentric with said compression lug and said feeder cable, said first aperture extending continuously through said undermold in said longitudinal direction and

</td><td>

The Voltage LYNX Trunk Bus is a lead assembly which includes a first drop line electrically connected to a first wire harness, shown below.



*Lynx Trunk Bus*

</td></tr>
</table>

9

having a first diameter, said feeder cable extending continuously through said first aperture, and a second aperture concentric with said first drop line and parallel to said first aperture, said second aperture only partially extending through said undermold in said longitudinal direction, said second aperture having a second diameter smaller than said first diameter, said first drop line extending from said second aperture, with said undermold surrounded by an overmold and forming an undermold-overmold interface only at said outer surface, wherein said lead assembly has a voltage rating of 1500 VDC; and

Voltage LYNX Trunk Bus includes a feeder cable, which "may be connected to an inverter or to a disconnect box or other electrically receiving device/component, which may, in some embodiments, include a switch and/or fuse protection." (*See* Exhibit 52 at 2.)

The feeder cable is electrically connected at a first nexus secured by a compression lug or equivalent.



*X-Ray Image of Nexus*

Compression lug or equivalent

*Diagram of Nexus*

The compression lug or equivalent is surrounded by an undermold, shown below. The undermold has an inner surface and outer surface. Both surfaces extend in a longitudinal direction of the feeder cable. The inner surface surrounds and fully encases the compression lug or equivalent and is comprised of a first aperture concentric with the compression lug or equivalent and the feeder cable. The first aperture extends continuously through the undermold in a longitudinal direction and has a first diameter. The feeder cable continuously extends through the first aperture. The inner surface also includes a second aperture concentric with the first drop line and parallel to the first aperture. The second aperture only

partially extends through the undermold in a longitudinal direction and has a diameter smaller than the diameter of the first aperture, as shown below. The first drop line extends from the second aperture.





*Lynx Trunk Bus Drop Lines and Cable*

extends in longitudinal direction of feeder cable

undermold

*Internal Structure of Lynx Trunk Bus Nexus*



first aperture (concentric with securing means and feeder cable) (extends continuously through undermold in longitudinal direction)

outer surface

second aperture (concentric with first drop lines and parallel to the first aperture) (extends partially through undermold in longitudinal direction)

inner surface

*Internal Structure of Lynx Trunk Bus Nexus*

The Voltage LYNX Trunk Bus includes an overmold surrounding the undermold, shown below. The overmold forms an undermold-overmold interface only at the outer surface.

overmold

*Diagram of Overmold*

13



| | |
|---|---|
| | *Internal Structure of Lynx Trunk Bus Nexus* <br><br> The Voltage LYNX Trunk Bus "eliminates multiple traditional components on a utility scale solar installation" and has a voltage rating of 1500 VDC. (*See* Exhibit 35 at 1–2.) |
| [7.D.] A second drop line electrically connected to said second wire harness, said second drop line electrically connected to said feeder cable at a second nexus, wherein the solar power system doesn't include a combiner box upstream of said component. | The Voltage LYNX Trunk Bus is a lead assembly which includes a second drop line electrically connected to a second wire harness, shown below. <br><br> *Lynx Trunk Bus* |

| | The Voltage LYNX Trunk Bus "may be used to directly connect solar panels and inverters (or other receivers of solar generated electricity, or other electricity), without the need for combiner boxes and the associated combiner box maintenance and installation." (*See* Exhibit 52 at 2.) |
|---|---|

| CLAIM 14 | VOLTAGE LYNX TRUNK BUS |
|---|---|
| [14.pre] A method of constructing a solar power installation including the steps of: | The Voltage LYNX Trunk Bus is an "all-in-one trunk bus system that provides stable power transmission from solar panels to the utility power collection system." (*See* Exhibit 51 at 3.) |
| [14.A.] Connecting a first plurality of solar panels to a first wire harness to form a first solar array; | The Voltage LYNX Trunk Bus is designed and intended for constructing a solar power system that comprises connecting a first plurality of solar panels to a first wire harness to form a first solar array. The figure shown below illustrates this application.<br><br><br><br>trunk system relative to solar farm<br><br>*Solar Farm* |
| [14.B.] Connecting said first wire harness to a first drop line of a lead assembly; | The Voltage LYNX Trunk Bus connects the first wire harness to a first drop line of a lead assembly, shown below. |

15



| | |
|---|---|
| | first drop line |
| | *Lynx Trunk Bus* |
| [14.C.] Connecting a second plurality of solar panels to a second wire harness to form a second solar array; | The Voltage LYNX Trunk Bus is designed and intended for constructing a solar power system that comprises connecting a second plurality of solar panels to a second wire harness to form a second solar array. The figure shown below illustrates this application.<br><br>trunk system relative to solar farm<br><br>*Solar Farm* |
| [14.D.] Connecting said second wire harness to a second drop line of said lead assembly; and | The Voltage LYNX Trunk Bus connects the second wire harness to a second drop line of a lead assembly, shown below. |

16

<table>
<tr>
<td></td>
<td>



*Lynx Trunk Bus*

</td>
</tr>
<tr>
<td>

[14.E.] Electrically coupling said lead assembly to an inverter without electrically coupling to a combiner box; wherein said lead assembly includes said first drop line electrically connected to said first wire harness, and a 30 amp feeder cable terminating in a feeder cable connector, said first drop line and said feeder cable electrically connected at a first nexus secured by a means for securing said nexus, said securing means selected from the group consisting of compression lug, soldering, splicing, crimping, and combinations thereof, said securing means surrounded by an undermold having an inner surface and an outer surface, both surfaces extending in a longitudinal direction of said feeder cable, said inner surface surrounding and fully encasing said securing means, said inner surface comprised of a first aperture concentric with said securing means and said at least one feeder cable, said first aperture extending continuously through said undermold in

</td>
<td>

The Voltage LYNX Trunk Bus "may be used to directly connect solar panels and inverters (or other receivers of solar generated electricity, or other electricity), without the need for combiner boxes and the associated combiner box maintenance and installation." (*See* Exhibit 51 at 2.)

The Voltage LYNX Trunk Bus is a lead assembly which includes a first drop line electrically connected to a first wire harness, shown below.



*Lynx Trunk Bus*

</td>
</tr>
</table>

17

said longitudinal direction and having a first diameter, said feeder cable continuously extending through said first aperture, and a second aperture concentric with said first drop line and parallel to said first aperture, said second aperture only partially extending through said undermold in said longitudinal direction, said second aperture having a second diameter smaller than said first diameter, said first drop line extending from said second aperture, with said undermold surrounded by an overmold and forming an undermold-overmold interface only at said outer surface, wherein said lead assembly has a voltage rating of 1500 VDC.

The Voltage LYNX Trunk Bus includes a feeder cable which terminates in a feeder cable connector, not shown. The first drop line is coupled to the feeder cable at a nexus, shown below.



*Lynx Trunk Bus*

*Lynx Trunk Bus Drop Lines and Cable*

18

The feeder cable is electrically connected at a first nexus secured by a means for securing the nexus, shown below.



*X-Ray Image of Nexus with Means for Securing*



extends in longitudinal direction of feeder cable

*Lynx Trunk Bus Drop Lines and Cable*



undermold

*Internal Structure of Lynx Trunk Bus Nexus*

19

| | The securing means is surrounded by an undermold, shown below. The undermold has an inner surface and outer surface. Both surfaces extend in a longitudinal direction of the feeder cable. The inner surface surrounds and fully encases the securing means and is comprised of a first aperture concentric with the securing means and the feeder cable. The first aperture extends continuously through the undermold in a longitudinal direction and has a first diameter. The feeder cable continuously extends through the first aperture. The inner surface also includes a second aperture concentric with the first drop line and parallel to the first aperture. The second aperture only partially extends through the undermold in a longitudinal direction and has a diameter smaller than the diameter of the first aperture, as shown below. The first drop line extends from the second aperture. |
|---|---|



first drop line

feeder cable

undermold
(extends in longitudinal direction
of feeder cable)

feeder cable
(extends
continuously
through first
aperture)

first drop line
(extends from
second
aperture)

first aperture
(concentric with
securing means
and feeder cable)
(extends
continuously
through
undermold in
longitudinal
direction)

outer surface

inner surface

securing means
(surrounded and fully
encased by inner
surface)

21



*Lynx Trunk Bus Drop Lines and Cable*

*Internal Structure of Lynx Trunk Bus Nexus*



first aperture (concentric with securing means and feeder cable) (extends continuously through undermold in longitudinal direction)

outer surface

second aperture (concentric with first drop lines and parallel to first aperture) (extends partially through undermold in longitudinal direction)

inner surface

*Internal Structure of Lynx Trunk Bus Nexus*

The Voltage LYNX Trunk Bus includes an overmold surrounding the undermold, shown below. The overmold forms an undermold-overmold interface only at the outer surface.

overmold

*Diagram of Overmold*

23



*Internal Structure of Lynx Trunk Bus Nexus*

The Voltage LYNX Trunk Bus "eliminates multiple traditional components on a utility scale solar installation" and has a voltage rating of 1500 VDC. (*See* Exhibit 35 at 1–2.)