# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| Shoals Technologies Group, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-365 |
| Voltage, LLC & Ningbo Voltage Smart Production Co. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Voltage, LLC & Ningbo Voltage Smart Production Co.

Date: 05/19/2023

/s/ Robert C. Van Arnam
*Attorney's signature*

Robert C. Van Arnam (Bar No. 28838)
*Printed name and bar number*

Williams Mullen
301 Fayetteville St. Suite 1700
Raleigh, NC 27601
*Address*

rvanarnam@williamsmullen.com
*E-mail address*

919-981-4000
*Telephone number*

919-981-4300
*FAX number*