UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Shoals Technologies Group, LLC )
)
      Plaintiff(s), )
)
vs. ) Case No.: 1:23-cv-365
)
Voltage, LLC and Ningbo Voltage )
Smart Production Co., )
      Defendant(s). )

# DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
# ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE AND LIMITED LIABILITY PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Voltage, LLC_____ who is Defendant_____.
(Name of Party)              (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

      ( ) Yes      (✓) No

2. Does party have any parent corporations?

      ( ) Yes      (✓) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____

_____
_____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   ( ) Yes  (✓) No

   If yes, identify all such owners: _____

   _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes  (✓) No

   If yes, identify entity and nature of interest: _____

   _____

5. In a case based on diversity jurisdiction, pursuant to Fed.R.Civ.P.7.1(a)(2), the following is a list of all members or partners of _____ and their states of citizenship:
   (name of LLC or LP party)

   | (name of member or partner) | (state of citizenship) |
   | --- | --- |
   | (name of member or partner) | (state of citizenship) |
   | (name of member or partner) | (state of citizenship) |
   | (name of member or partner) | (state of citizenship) |

   Note: If there are additional members or partners, provide their names and states of citizenship on a separate page. If any of the members or partners are an LLC or LP, provide the names and states of citizenship of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

   /s/ Robert C. Van Arnam                     May 19, 2023
   (Signature)                                 (Date)

MDNC (12/22)