IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 1:23-cv-365 |
| v. | )<br>) |
| VOLTAGE, LLC AND NINGBO VOLTAGE SMART PRODUCTION CO., | )<br>)<br>) |
| Defendant. | )<br>) |

## NOTICE OF SPECIAL APPEARANCE OF YAR R. CHAIKOVSKY

To: The Clerk of Court and all parties of record.

PLEASE TAKE NOTICE that the undersigned Yar R. Chaikovsky, of the law firm of White & Case, hereby gives notice of special appearance as counsel for Defendants Voltage, LLC and Ningbo Voltage Smart Production Co., and hereby requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the address set forth below. In accordance with Local Rule 83.1(d), the undersigned appears in association with a member of the bar of this Court.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

This the 8th day of June, 2023

*/s/ Yar R. Chaikovsky*
Yar R. Chaikovsky (CA Bar No. 175421)
WHITE & CASE
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: 650.213.0300
Facsimile: 650.213.8158
yar.chaikovsky@whitecase.com

Robert C. Van Arnam (N.C. Bar No. 28838)
Andrew R. Shores (N.C. Bar No. 46600)
Carmelle F. Alipio (N.C. Bar No. 54738)
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: 919-981-4070
Facsimile: 919-981-4300
rvanarnam@williamsmullen.com
ashores@williamsmullen.com
calipio@williamsmullen.com
*Attorneys and Local Civil Rule 83.1(d) Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, June 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

Dated: June 8, 2023

By: */s/ Yar R. Chaikovsky*
Yar R. Chaikovsky