IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHOALS TECHNOLOGIES GROUP, LLC, )
                                )
            Plaintiff,          )
                                )
     v.                         )      1:23-cv-365
                                )
VOLTAGE, LLC, and NINGBO        )
VOLTAGE SMART PRODUCTION CO.,   )
                                )
            Defendants.         )

## ORDER

This matter comes before the court upon Defendants' Consent Motion to Stay Proceedings. (Doc. 13.) Defendants move the court pursuant to 28 U.S.C. § 1659(a), to stay all proceedings in this case pending the completion of the parallel International Trade Commission ("ITC") matter, <u>In the Matter of Certain Photovoltaic Connectors and Components Thereof</u>, No. 337-TA-1365 (the "ITC Investigation"), including any appeal. Having considered the motion, with the consent of Plaintiff, and for good cause shown,

**IT IS ORDERED** that Defendants' Consent Motion to Stay, (Doc. 13), is **GRANTED** and this case is hereby **STAYED** pending the determination of the Commission of the ITC Investigation No. 337-TA-1365, including any appeals, become final, or until further order of the court.

**IT IS FURTHER ORDERED** that all pending deadlines are tolled pending further order of the court.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report every ninety (90) days informing the court of the status of the parallel matter, <u>In the Matter of Certain Photovoltaic Connectors and Components Thereof</u>, No. 337-TA-1365. Should the parties require additional action by this court, the parties shall make an appropriate motion.

This the 28th day of June, 2023.

                                                _William L. Osteen, Jr._
                                                United States District Judge